**COM.**

v.

**TROMETTER, E.**

**695 MDA 2016**

Superior Court of Pennsylvania.

07/24/2017

CP–49–CR–0001348–2014 (Northumberland)

Affirmed

■

**CASTALDI, D.**

v.

**LIGHT ACADIA 11–89, LLC**

**1441 MDA 2016**

Superior Court of Pennsylvania.

07/24/2017

13 CV 6327, (Lackawanna)

Affirmed

■

**COM.**

v.

**ARNOLD, M.**

**1577 MDA 2016**

Superior Court of Pennsylvania.

07/24/2017

CP–67–CR–0002469–2015 (York)

Affirmed

■

**COM.**

v.

**WORK, D., Jr.**

**1670 MDA 2016**

Superior Court of Pennsylvania.

07/24/2017

CP–36–CR–0005372–2010 (Lancaster)

Affirmed

■

**COM.**

v.

**THOMAS, M.**

**2436 EDA 2014**

Superior Court of Pennsylvania.

07/25/2017

No. CP–51–CR–0916841–1993 (Philadelphia)

Vacated/Remanded